THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Brandon Josef Byers, Appellant.
 
 
 
 
 

Appeal From York County
Brooks P. Goldsmith, Circuit Court Judge

Unpublished Opinion No. 2010-UP-011
 Submitted January 4, 2010  Filed January
21, 2010   

APPEAL DISMISSED

 
 
 
 Acting Chief Appellate Defender Robert M.
 Dudek, of Columbia, for Appellant. 
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General
 Salley W. Elliott, all of Columbia; and Solicitor Kevin Scott Brackett, of
 York, for Respondent.
 
 
 

PER CURIAM:  Brandon Josef Byers pled guilty to two counts of
 kidnapping and one count each of voluntary manslaughter, first-degree burglary,
 armed robbery, criminal conspiracy, and possession of a firearm during the commission
 of a violent crime.  On appeal, Byers argues his plea failed to comply with the
 mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969), because
 the circuit court erred in apprising him of his constitutional rights in a
 colloquy that lasted less than one page of the guilty plea transcript.  After a
 thorough review of the record and counsel's brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Byers's appeal and grant counsels petition to be relieved.  
APPEAL
 DISMISSED.
HUFF, A.C.J.,
 GEATHERS, J., and CURETON, A.J., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.